UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA,            :
                                     :    07 Civ. 11089 (VM)
                Plaintiff,           :
                                     :
     -against-                       :         **ORDER**
                                     :
$12,685,257.10,                      :
                                     :
                Defendant-in-Rem.    :
------------------------------------X
**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that the complaint was filed on December 7, 2007 and there is no record that service of process was made on defendant-in-rem herein. Accordingly, it is hereby

**ORDERED** that plaintiff herein are directed to inform the Court by April 22, 2008 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          16 April 2008

                                    _____
                                          VICTOR MARRERO
                                             U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08