```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :   07 Civ. 11089 (VM)
              Plaintiff,            :
                                    :
     -against-                      :
                                    :
$12,685,257.10,                     :
                                    :
              Defendant-in-Rem.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

ORDER
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-08

By Order dated April 16, 2008, having noted that no correspondence with the Court or other proceedings had been recorded in this action since the filing of the complaint on December 7, 2007, and that no defendant had been served with process, the Court directed that by April 22, 2008, plaintiff herein clarify the status of this action and indicate plaintiff's contemplation with respect to further proceedings. The Court indicated that in the event no timely response had been made to that Order by the date indicated, the Court may direct that the action be dismissed for lack of prosecution and the case closed. A review of the Docket Sheet for the matter indicates no response to the Court's April 16, 2008 Order. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein without prejudice and to close this case, provided that within ten (10) days of the date of this Order plaintiff, for good cause shown, may request reinstatement of the action to the Court's active docket. In the event no such timely request is made

the case shall be deemed dismissed with prejudice.

**SO ORDERED.**

Dated:   New York, New York
         28 April 2008

                                    VICTOR MARRERO
                                      U.S.D.J.