MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA,           :

           Plaintiff,           :  NOTICE OF MOTION FOR
                                 DEFAULT JUDGMENT
        - v -                :
                                 07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES      :
CURRENCY,
                            :
           Defendant-in rem.
-------------------------------------x

          PLEASE TAKE NOTICE that upon the accompanying declaration

of Sharon Cohen Levin, Assistant United States Attorney, dated May

1, 2008, and the accompanying Clerk's Certification, plaintiff

United States of America by and through its attorney, Michael J.

Garcia, United States Attorney for the Southern District of New

York, hereby moves before the Honorable Victor Marrero, United

States District Judge, for an Order of Default Judgment,

pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Dated:    New York, New York
          May 1, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              United States of America

              By:    _____
                     SHARON COHEN LEVIN
                     Assistant United States Attorney
                     One St. Andrews Plaza
                     New York, New York  10007
                     (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

========================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.

========================================================

## NOTICE OF MOTION FOR DEFAULT JUDGMENT
## 07 Civ. 11089 (VM)

========================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON COHEN LEVIN
**Assistant United States Attorney**
 **-Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA,          :

        Plaintiff,              :

     - v. -                      :    DECLARATION IN SUPPORT
                                        OF DEFAULT JUDGMENT
                                        07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES    :
CURRENCY,
                                   :
        Defendant-in-rem.
---------------------------------x

        SHARON COHEN LEVIN, pursuant to 28 U.S.C. § 1746,

declares under penalty of perjury as follows:

        1.    I am an Assistant United States Attorney in the

Office of Michael J. Garcia, United States of Attorney for the

Southern District of New York, attorney for plaintiff herein.  I

have responsibility for the above-captioned matter, and as such, I

am familiar with the facts and circumstances of this proceeding.

This declaration is submitted in support of plaintiff's request for

a default judgment in the above-captioned case.

        2.    On December 7, 2007, the United States

commenced a civil action for the forfeiture of the above-referenced

defendant-in-rem by filing a verified complaint.  A copy of the

verified complaint is attached hereto as Exhibit A and is fully

incorporated by reference herein.

3.     On December 11, 2007 a notice letter of the verified complaint was sent by certified mail, return receipt requested, to John W. Moscow, Esq., Baker & Hostetler, as attorney for Belle Six, 666 Fifth Ave., New York, NY 10103.  Belle Six is the only person known by the Government to have a potential interest in the defendant property.  A copy of the notice letter is attached hereto as Exhibit B.

4.     Notice of the Verified Complaint and <u>in</u> <u>rem</u> warrant against the defendant-in-rem was published in the <u>New York</u> <u>Post</u> once in each of the three successive weeks beginning on December 27, 2007 and proof of such publication was filed with the Clerk of this Court on April 28, 2008.  A copy of this proof of publication is attached hereto as Exhibit C.

5.     No claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and requisite time periods have expired.

6.     Accordingly, the Government requests that the Court enter the proposed Default Judgment.

2

       7.   No previous application for the relief requested herein has been sought.

Dated:    New York, New York
           May 1, 2008


                           _____

SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060

# EXHIBIT A

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x



UNITED STATES OF AMERICA,      :

           -v.-      :

$12,685,257.10 in UNITED STATES    :
CURRENCY,      :

       Defendant in rem.    :

- - - - - - - - - - - - - - - - - - - -x

**07 CV 11089**

VERIFIED COMPLAINT

07 Civ.



Plaintiff United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, for its verified complaint alleges, upon information and belief, as follows:

## I. JURISDICTION AND VENUE

1. This action is brought pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984 by the United States of America seeking the forfeiture of $12,685,257.10 in United States Currency (the "Defendant in Rem").

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

1

3. Venue is proper pursuant to 28 U.S.C. §
1355(b)(1)(A) because acts and omissions giving rise to the
forfeiture took place in the Southern District of New York and
pursuant to 28 U.S.C. § 1395 because the Defendant in Rem is
located in the Southern District of New York.

4. A sum of $12,685,257.10 of the Defendant in Rem is
currently being held on deposit in the Department of Treasury
Seized Asset Deposit Fund.

### III. PROBABLE CAUSE FOR FORFEITURE

#### Overview of the Conspiracy

5. Ernst & Young ("E&Y") was one of the largest
accounting firms in the world. E&Y provided tax services to
corporate and individual clients, including some of the wealthiest
individuals in the United States. The tax services included
preparing tax returns, providing tax advice and tax planning
advice, and representing clients in audits by the Internal Revenue
Service ("IRS") and litigation with the IRS in Tax Court. As part
of its tax practice, E&Y had a business unit known as Personal
Financial Counseling ("PFC"). PFC was responsible for providing
tax advice, as well as financial planning advice, to individuals.

6. In or about 1998, the national leader of PFC formed
a group that devoted itself to designing, marketing, and
implementing high-fee tax strategies for individual clients. The
group initially called itself the "VIPER Group" (an acronym for

2

"Value Ideas Produce Extraordinary Results"), but changed its name, in or about early 2000, to the "Strategic Individual Solutions Group," or "SISG." Members of the VIPER/SISG group worked together with banks, other financial institutions, law firms and tax shelter promoters to design, market and implement tax strategies to high net-worth clients for the purpose of eliminating, reducing or deferring taxes on significant income or gains.

7.    Belle M. Six ("Six") was hired by E&Y in early 1998, as a member of the VIPER group. She was not an expert in tax, but was hired to help develop and coordinate the group's sales efforts. As a member of the group, Six participated together with other members in the development, marketing and implementation of tax shelters for E&Y's wealthy clients.

8.    Six left E&Y in 1999, and subsequently worked at two other entities that were involved with E&Y in developing, marketing, and implementing tax shelters. Six acted as a liaison between these entities and E&Y.

## Tax Shelter Fraud

9.    From in or about 1998 through in or about 2004, Six participated in a scheme to defraud the IRS by misleading the IRS about the bona fides of E&Y's tax shelters. Based upon information and belief, Six and others made false and fraudulent statements through the mail and by interstate wire communications by deliberately generating false and fraudulent documentation, and

3

then submitted their false and fraudulent documentation to the IRS to conceal the true nature of E&Y's tax shelter transactions.

10. Among the fraudulent tax shelter transactions marketed and implemented on behalf of individual clients by Six and others were shelters called Contingent Deferred Swap ("CDS") and CDS Add-On. Six has admitted that with others, she helped develop false non-tax business reasons that could plausibly be advanced to justify these shelters to the IRS, and included those false reasons in transaction documents, correspondence, and other materials that would be sent to the IRS if E&Y's clients were audited. Generally, the tax shelters were designed to appear as financial investments rather than tax shelters, and the non-tax reasons the conspirators advanced related to supposed investment objectives. Six has admitted that the CDS and CDS Add-On shelters were vulnerable to IRS attack in certain respects, and that she and others submitted false and fraudulent documents to the IRS in an effort to avoid having the IRS learn of those vulnerabilities, and then seek to disallow the clients' tax positions.

11. For her participation in these tax shelter activities, Six received millions of dollars in compensation.

12. On or about June 14, 2007, Six entered into an agreement with the United States Attorney's Office for the Southern District of New York wherein she agreed, *inter alia,* to the forfeiture of the Defendant in Rem.

4

## IV. CLAIM FOR FORFEITURE

13.   Plaintiff repeats, realleges and incorporates by reference herein each and every allegation contained in paragraphs one through twelve of this Verified Complaint.

14.   Title 18, United States Code, Section 981(a)(1)(C) subjects to forfeiture:

> "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting 'specific unlawful activity' (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense."

15.   By reason of the above, the Defendant in Rem is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), because there is probable cause to believe that the Defendant in Rem constitutes property derived from mail fraud and wire fraud, in violations of Title 18 United States Code, Sections 1341 and 1343.

Dated:      New York, New York
            December  7 , 2007

                        MICHAEL J. GARCIA
                        United States Attorney for
                        Plaintiff United States of America

            By:    _____
                        SHARON COHEN LEVIN
                        Assistant United States Attorney
                        One St. Andrew's Plaza
                        New York, New York 10007
                        (212) 637-1060

5

VERIFICATION

STATE OF NEW YORK              )
COUNTY OF NEW YORK             :
SOUTHERN DISTRICT OF NEW YORK )

JEFFREY FATA, being duly sworn, deposes and says that he is a Special Agent with the Internal Revenue Service ("IRS") and as such has responsibility for the within action; that he has read the foregoing complaint and knows the contents thereof; and that the same is true to the best of his knowledge, information and belief.

The sources of deponent's information and the ground of his belief are official records and files of the IRS and other law enforcement agencies and information obtained directly by deponent and other case agents during an investigation of alleged violations of Title 18, United States Code, Sections 1341 and 1343.

JEFFREY FATA
Special Agent
Internal Revenue Service

Sworn to before me this
___ day of December, 2007

Notary Public

**JEANETTE ANN GRAYEB**
Notary Public, State of New York
No. 01GR4995793
Qualified in Kings County
Commission Expires Nov 30, 2009

6

# EXHIBIT B

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

John W. Moscow, Esq.
Attorney For Belle Six
Baker & Hostetler LLP
666 Fifth Ave.
New York, NY 10103

   Re: U.S. v. $12,685,257.10 in UNITED STATES CURRENCY
     07 Civ. 11089

Dear Mr. Moscow:

   This letter is to advise you that on December 7, 2007, the United
States commenced a civil action in the United States District Court for the
Southern District of New York seeking the forfeiture of the above-referenced
property pursuant to 18 U.S.C. § 981(a)(1)(C). A copy of the complaint in
this action is enclosed.

   Should your client wish to contest the forfeiture, you must do so
by filing a claim pursuant to Rule G of the Supplemental Rules for Certain
Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal
Rules of Civil Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter. Thereafter, within twenty (20) days
after filing a claim, you must file your answer to the complaint. This
procedure must be followed regardless of any petition for the remission or
mitigation of forfeiture which you may have pending, and failure to do so
could result in the entry of a default judgment against the property.

      Very truly yours,

      MICHAEL J. GARCIA
      United States Attorney

   By: _____
     Sharon Cohen Levin
     Assistant United States Attorney
     Tel. No.: (212) 637-1060
     Fax No:  (212) 637-0421

Enclosure



**UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 6762**
Status: **Delivered**

Your item was delivered at 1:10 pm on December 14, 2007 in NEW
YORK, NY 10111. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

---

Track & Confirm

Enter Label/Receipt Number.



---

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



# EXHIBIT C

**Department of the Treasury**
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>07 Civ. 11089 |
|---|---|
| DEFENDANT<br>**$12,685,257.10** | TYPE OF PROCESS<br>Publish Notice |

| **SERVE<br>AT** | John Ricupero |
|---|---|
| | 290 Broadway, 4th Fl., NY, NY 10007 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN: Tony Dulgerian | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE
AFTRAK #s: 13070039-01, 13070039-02, 13070039-03

Please publish the following for three consecutive weeks in a newspaper of general circulation.

Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404.

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Sharon Cohen Levin | [ X ] Plaintiff<br>[  ] Defendant | Telephone No.<br>212-637-1060 | Date<br>December 11, 2007 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date 1/28/08 |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the<br>Total # of Process Indicated. | District of<br>Origin<br>No. 1 | District to Serve<br>No. 1 | SIGNATURE OF AUTHORIZED TREASURY AGENCY<br>OFFICER: | Date<br>1/28/08 |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [ X ] HAVE LEGAL EVIDENCE OF SERVICE, [  ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At the Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>J. Pollard Forfeiture Specialist | [  ] A Person of suitable age and discretion then residing in the<br>defendant's usual place of abode | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [  ] AM<br>[  ] PM |
| | Signature, Title and Treasury Agency | | |

| REMARKS:<br><br>*See attached legal affidavit of Publication* | | | |
|---|---|---|---|

**TD F 90-22.48 (6/96)**

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

## RETURNED COPY

**State of New York**

COUNTY OF NEW YORK

SS:

620212

INGRID CHRISTIANI _____ being duly sworn, says that he/she is the principal Clerk of the Publisher of the

## *New York Post*

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the 27 day of December, 2007

on the 03 day of January, 2008

on the 10 day of January, 2008

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On December 7, 2007, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 981 (a)(1)(C) for $12,685,257.10 in United States Currency.
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G form the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United states Court House, 500 Pearl Street, New York, New York, by February 9, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dated: New York, New York
December, 2007

MICHAEL J. GARCIA
United States Attorney
Secretary of Treasury

Sworn to before me this 10 day of January, 2008

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008

**Notary Public**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.

===============================================================

## DECLARATION IN SUPPORT OF DEFAULT JUDGMENT
## 07 Civ. 11089 (VM)

===============================================================


MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007


SHARON COHEN LEVIN
**Assistant United States Attorney**
**-Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,          :

        Plaintiff,          :

   - v. -          :          CLERK'S CERTIFICATION
                 07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES    :
CURRENCY,

                 :

        Defendant-in-rem.
-----------------------------------x

      I, Michael McMahon, Clerk of the United States District
Court for the Southern District of New York, hereby certify that
the docket entries in the above-captioned case indicate that the
verified complaint herein was filed on December 7, 2007, and that
proof of publication was filed in the Clerk's office on April 28,
2008. I further certify that the docket entries indicate that no
party has filed a claim or answer to the Verified Complaint, and
that the time to file a claim with respect to said Complaint has
expired. The default of all persons is hereby noted.

Dated:    New York, New York
        May 1, 2008

                        _____
                        Michael McMahon
                        CLERK OF THE COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

================================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.

================================================================

## CLERK'S CERTIFICATION
## 07 Civ. 11089 (VM)

================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON COHEN LEVIN
**Assistant United States Attorney**
 **-Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,             :

        Plaintiff,                      :

     - v. -                            :     <u>DEFAULT JUDGMENT</u>
                                      07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES       :
CURRENCY,

                                  :

        Defendant-in-rem.
----------------------------------x

       WHEREAS, on December 7, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem by the filing of a verified complaint;

       WHEREAS, on December 11, 2007 a notice letter of the verified complaint was sent by certified mail, return receipt requested, to John W. Moscow, Esq., Baker & Hostetler, as attorney for Belle Six, 666 Fifth Ave., New York, NY 10103, notifying him that his client may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

       WHEREAS, the foregoing is the only person known by the Government to have a potential interest in the defendant-in-rem;

       WHEREAS, notice of the Verified Complaint and <u>in rem</u> warrant against the defendant-in-rem was published in the <u>New York</u>

<u>Post</u> once in each of the three successive weeks beginning on December 27, 2007, and proof of such publication was filed with the Clerk of this Court on April 28, 2008;

WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorneys for the plaintiff United States of America, Sharon Cohen Levin of counsel;

IT IS HEREBY ORDERED that:

1.   Plaintiff United States of America shall have judgment by default against the defendant-in-rem.

2.   The defendant-in-rem be, and the same hereby is, forfeited to the plaintiff United States of America.

3.   The Department of Treasury shall dispose of the defendant-in-rem, according to law.

Dated:    New York, New York
          May   , 2008

                              SO ORDERED:


                              _____
                              HONORABLE VICTOR MARRERO
                              UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.

===============================================================

## DEFAULT JUDGMENT
## 07 Civ. 11089 (VM)

===============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON COHEN LEVIN
**Assistant United States Attorney**
 **-Of Counsel-**