MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,                :

        Plaintiff,                    : NOTICE OF MOTION FOR
                                        DEFAULT JUDGMENT
        - v -                          :
                                        07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES          :
CURRENCY,
                                         :
        Defendant-in rem.
----------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying declaration of Sharon Cohen Levin, Assistant United States Attorney, dated May 1, 2008, and the accompanying Clerk's Certification, plaintiff United States of America by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby moves before the Honorable Victor Marrero, United States District Judge, for an Order of Default Judgment,

pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         May 1, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              United States of America

                         By:  _____
                              SHARON COHEN LEVIN
                              Assistant United States Attorney
                              One St. Andrews Plaza
                              New York, New York  10007
                              (212) 637-1060

## AFFIDAVIT OF SERVICE

I, Tony Dulgerian, affirm under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On May 1, 2008, a copy of the Notice of Motion for Default Judgment, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment were sent, by certified mail, return receipt requested to:

> John Moscow, Esq.
> Baker & Hostetler LLP
> 666 Fifth Ave.
> New York, New York 10103

Executed on:   May 1, 2008
               New York, New York

_____
TONY DULGERIAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================
UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.
===============================================================

## NOTICE OF MOTION FOR DEFAULT JUDGMENT
## 07 Civ. 11089 (VM)

===============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON COHEN LEVIN
**Assistant United States Attorney**
 **-Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

       Plaintiff,                   :

      - v. -                           :     CLERK'S CERTIFICATION
                                           07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES      :
CURRENCY,
                                     :
       Defendant-in-rem.
------------------------------------x

      I, Michael McMahon, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the verified complaint herein was filed on December 7, 2007, and that proof of publication was filed in the Clerk's office on April 28, 2008. I further certify that the docket entries indicate that no party has filed a claim or answer to the Verified Complaint, and that the time to file a claim with respect to said Complaint has expired. The default of all persons is hereby noted.

Dated:  New York, New York
        May 1, 2008

                                        Michael McMahon
                                        CLERK OF THE COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.

======================================================================

## CLERK'S CERTIFICATION
## 07 Civ. 11089 (VM)

======================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON COHEN LEVIN
**Assistant United States Attorney**
 **-Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,                  :

        - v. -                      :    DEFAULT JUDGMENT
                                         07 Civ. 11089 (VM)
$12,685,257.10 IN UNITED STATES      :
CURRENCY,
                                     :
        Defendant-in-rem.
------------------------------------x

        WHEREAS, on December 7, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem by the filing of a verified complaint;

        WHEREAS, on December 11, 2007 a notice letter of the verified complaint was sent by certified mail, return receipt requested, to John W. Moscow, Esq., Baker & Hostetler, as attorney for Belle Six, 666 Fifth Ave., New York, NY 10103, notifying him that his client may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

        WHEREAS, the foregoing is the only person known by the Government to have a potential interest in the defendant-in-rem;

        WHEREAS, notice of the Verified Complaint and <u>in rem</u> warrant against the defendant-in-rem was published in the <u>New York</u>

<u>Post</u> once in each of the three successive weeks beginning on December 27, 2007, and proof of such publication was filed with the Clerk of this Court on April 28, 2008;

WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorneys for the plaintiff United States of America, Sharon Cohen Levin of counsel;

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment by default against the defendant-in-rem.

2. The defendant-in-rem be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The Department of Treasury shall dispose of the defendant-in-rem, according to law.

Dated:   New York, New York
         May    , 2008

                                        SO ORDERED:

                                        _____
                                        HONORABLE VICTOR MARRERO
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$12,685,257.10 IN UNITED STATES CURRENCY,

Defendant-in-rem.

======================================================================

**DEFAULT JUDGMENT**
**07 Civ. 11089 (VM)**

======================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON COHEN LEVIN
**Assistant United States Attorney**
 **-Of Counsel-**